```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-11854-jkf
Mamadou Selle Diallo                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: ChrissyW           Page 1 of 1        Date Rcvd: Apr 03, 2018
                          Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db             +Mamadou Selle Diallo,    1111 Greenwood Avenue,    Wyncote, PA 19095-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   PERLICK    on behalf of Debtor Mamadou Selle Diallo Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 3

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     MAMADOU SELLE DIALLO    :    Chapter 13
                                   :
                                   :
           Debtor                  :    Bankruptcy No. 18-11854
```

O R D E R

AND NOW, this        day of          , 2018 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before April 16, 2018.

BY THE COURT:

*/s/ Jean K. FitzSimon*

**Date: April 3, 2018**                THE HONORABLE JEAN K. FITZSIMON

Movant's Counsel:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606