### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Mamadou Selle Diallo

Debtor(s)

Case No: 18–11854–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULED AS TO TIME ONLY***

Motion for Relief from Stay re: 1111 Greenwood Avenue, Wyncote, PA 19095. Filed by WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST Represented by REBECCA ANN SOLARZ (Counsel).

on: 5/16/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/25/18

Timothy B. McGrath
Clerk of Court

17 – 11
Form 167