United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11854-jkf
Mamadou Selle Diallo                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan               Page 1 of 1             Date Rcvd: Apr 25, 2018
                              Form ID: 167             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db             +Mamadou Selle Diallo,   1111 Greenwood Avenue,   Wyncote, PA 19095-2009
14076106       +Citimortgage, Inc.,   27555 Farmington Road,   Farmington, MI 48334-3376
14076112        Nissan Motor Acceptance Corp.,   P.O. Box 0502,   Carol Stream, IL 60132-0502
14085854       +WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIA,    c/o REBECCA ANN SOLARZ,
                 KML Law Group, P.C.,   710 Market Street,   Suite 5000,   Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14076108       +E-mail/Text: mrdiscen@discover.com Apr 26 2018 02:17:51     Discover Card,   Dfs Services, LLC,
                 P.O. Box 3025,   New Albany, OH 43054-3025
14076109       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2018 02:18:46
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
14076110        E-mail/Text: cio.bncmail@irs.gov Apr 26 2018 02:17:54      Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14076111        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2018 02:18:45     LVNV Funding,
                 Resurgent Capital Systems,   PO Box 10587,   Greenville, SC 29603-0587
14076113        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2018 02:18:04     PA Department of Revenue,
                 Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
14076115       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2018 02:13:16
                 PRA Receivables Management, LLC,   as Agent of Portfolio Recovery,   PO Box 41067,
                 Norfolk, VA 23541-1067
14076114        E-mail/PDF: rmscedi@recoverycorp.com Apr 26 2018 02:13:17     Portfolio Investments, LLC,
                 c/o Recovery Management Systems,   25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14076107*      +Citimortgage, Inc.,   27555 Farmington Road,   Farmington, MI 48334-3376
14076116*      +PRA Receivables Management, LLC,   as Agent of Portfolio Recovery,   PO Box 41067,
                 Norfolk, VA 23541-1067
14076105      ##+Chase Bank USA, NA,   c/o Michael J. Dougherty, Esquire,   Weltment, Weinberg & Reis Co.,
                 325 Chestnut St., Suite 501,   Philadelphia, PA 19106-2605
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA
               TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY PERLICK    on behalf of Debtor Mamadou Selle Diallo Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mamadou Selle Diallo
    Debtor(s)

Case No: 18−11854−jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULED AS TO TIME ONLY\*\*\*

Motion for Relief from Stay re: 1111 Greenwood Avenue, Wyncote, PA 19095. Filed by WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST Represented by REBECCA ANN SOLARZ (Counsel).

on: 5/16/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/25/18

Timothy B. McGrath
Clerk of Court

17 − 11
Form 167