**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mamadou Selle Diallo<br>           <u>Debtor</u><br><br>WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br>           <u>Movant</u><br>               vs.<br><br>Mamadou Selle Diallo<br>           <u>Debtor</u><br><br>Frederick L. Reigle Esq.<br>           <u>Trustee</u> | CHAPTER 13<br>BK NO: 18-11854 JKF |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on <u>May 1, 2018</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Occupants of Premises
1111 Greenwood Avenue
Wyncote, PA 19095

Zachary Perlick
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Mamadou Selle Diallo
1111 Greenwood Avenue
Wyncote, PA 19095

Method of Service:    Mail <u>first class</u>; Specify if other:

Date:  <u>May 1, 2018</u>

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant