*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mamadou Selle Diallo
    Debtor(s)

Case No: 18−11854−jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 1111 Greenwood Avenue, Wyncote, PA 19095 Filed by WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST Represented by REBECCA ANN SOLARZ (Counsel)
and
Response to Motion for Relief From Stay Filed by Mamadou Selle Diallo

    on: 6/20/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/24/18

Timothy B. McGrath
Clerk of Court

26 − 11, 23
Form 167