United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mamadou Selle Diallo  
    Debtor

Case No. 18-11854-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Joan        Page 1 of 1        Date Rcvd: May 24, 2018  
                            Form ID: 167        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.
```
db              +Mamadou Selle Diallo,    1111 Greenwood Avenue,    Wyncote, PA 19095-2009
14085854        +WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIA,    c/o REBECCA ANN SOLARZ,
                  KML Law Group, P.C.,    710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA
               TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  PERLICK    on behalf of Debtor Mamadou Selle Diallo Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mamadou Selle Diallo
    Debtor(s)

Case No: 18−11854−jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 1111 Greenwood Avenue, Wyncote, PA 19095 Filed by WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST Represented by REBECCA ANN SOLARZ (Counsel)
and
Response to Motion for Relief From Stay Filed by Mamadou Selle Diallo

on: 6/20/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/24/18

Timothy B. McGrath
Clerk of Court

26 − 11, 23
Form 167