| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-11854-AMC

MAMADOU SELLE  DIALLO
5026 ERRINGER PLACE
PHILADELPHIA  PA    19144

Petition Filed Date: 03/19/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $421.00 | 25660426926 | 03/05/2019 | $421.00 | 25660457875 | 04/09/2019 | $421.00 | 25660401254 |
| 05/21/2019 | $421.00 | 47044717752 | 05/21/2019 | $421.00 | 47044717751 | 08/13/2019 | $421.00 | 26093254105 |
| 08/13/2019 | $421.00 | 25501569761 | 10/23/2019 | $1,000.00 | 25997998792 | 10/23/2019 | $263.00 | 25997998803 |
| 03/24/2020 | $2,105.00 | 4353 | 04/27/2020 | $421.00 | 26605745098 | 06/22/2020 | $842.00 | 26770704423 |

**Total Receipts for the Period:  $7,578.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,341.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | NISSAN MOTOR ACCEPTANCT CORP<br>»» 005 | Secured Creditors | $500.00 | $0.00 | $500.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,489.53 | $0.00 | $7,489.53 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $17,778.25 | $5,939.28 | $11,838.97 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $7,608.07 | $0.00 | $7,608.07 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $17,269.67 | $0.00 | $17,269.67 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $18,274.64 | $0.00 | $18,274.64 |
| 6 | ZACHARY PERLICK ESQ<br>»» 006 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |

**Chapter 13 Case No. 18-11854-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,341.00 | Current Monthly Payment: | $421.00 |
| Paid to Claims: | $9,459.28 | Arrearages: | $421.00 |
| Paid to Trustee: | $881.72 | Total Plan Base: | $24,234.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.