IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        MAMDOU SELLE DIALLO    :    CHAPTER 13
: 
:
        DEBTOR            :    BANKRUPTCY No. 18-11854

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Abate and Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY:    /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922