IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:MAMADOU SELLE DIALLO   :   CHAPTER 13
                                        :
                                        :
        DEBTOR               :    BANKRUPTCY No. 18-11854

<u>ORDER</u>

AND NOW, this ____ day of _____, 2021, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

**Date: January 13, 2021**

_____
THE HONORABLE ASHELY M. CHAN