Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 18-11854-AMC

MAMADOU SELLE  DIALLO  
101 E WASHINGTON LN  
APT M505  
JENKINTOWN  PA  19046-3558

Petition Filed Date: 03/19/2018  
341 Hearing Date: 06/08/2018  
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/24/2020 | $2,105.00 | 4353 | 04/27/2020 | $421.00 | 26605745098 | 06/22/2020 | $842.00 | 26770704423 |
| 10/13/2020 | $1,263.00 | | 10/27/2020 | $421.00 | | 11/30/2020 | $421.00 | |
| 12/29/2020 | $421.00 | | 01/27/2021 | $421.00 | | 03/01/2021 | $421.00 | |
| 04/27/2021 | $242.00 | | 05/27/2021 | $242.00 | | | | |

**Total Receipts for the Period: $7,220.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,193.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | NISSAN MOTOR ACCEPTANCT CORP<br>»» 005 | Secured Creditors | $500.00 | $0.00 | $500.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,489.53 | $0.00 | $7,489.53 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $17,778.25 | $8,796.58 | $8,981.67 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $7,608.07 | $0.00 | $7,608.07 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $17,269.67 | $0.00 | $17,269.67 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $18,274.64 | $0.00 | $18,274.64 |
| 6 | ZACHARY PERLICK ESQ<br>»» 006 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 18-11854-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,193.00 | Current Monthly Payment: | $242.00 |
| Paid to Claims: | $12,316.58 | Arrearages: | ($537.00) |
| Paid to Trustee: | $1,158.62 | Total Plan Base: | $24,788.00 |
| Funds on Hand: | $717.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.