Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-11854-AMC**

MAMADOU SELLE  DIALLO
101 E WASHINGTON LN
APT M505
JENKINTOWN  PA    19046-3558

Petition Filed Date: 03/19/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $484.00 | 4902 | 02/10/2023 | $1,000.00 | 28531696792 | 02/10/2023 | $157.00 | 28531696803 |
| 03/20/2023 | $242.00 | 28383284441 | 04/24/2023 | $242.00 | 28383293430 | | | |

**Total Receipts for the Period:  $2,125.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $19,222.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | NISSAN MOTOR ACCEPTANCT CORP »» 005 | Secured Creditors | $500.00 | $0.00 | $500.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $7,489.53 | $0.00 | $7,489.53 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $17,778.25 | $13,619.28 | $4,158.97 |
| 1 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $7,608.07 | $0.00 | $7,608.07 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $17,269.67 | $0.00 | $17,269.67 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $18,274.64 | $0.00 | $18,274.64 |
| 6 | ZACHARY PERLICK ESQ »» 006 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 18-11854-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,222.00 | Current Monthly Payment: | $242.00 |
| Paid to Claims: | $17,639.28 | Arrearages: | $726.00 |
| Paid to Trustee: | $1,582.72 | Total Plan Base: | $24,788.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.