| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 18-11854-AMC

MAMADOU SELLE  DIALLO
101 E WASHINGTON LN
APT M505
JENKINTOWN  PA    19046-3558

Petition Filed Date: 03/19/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 10/17/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | $1,302.00 | 5576 | 03/22/2024 | $600.00 | 5646 | 04/01/2024 | $800.00 | 5650 |
| 05/20/2024 | $202.00 | | 06/04/2024 | $242.00 | | 07/08/2024 | $242.00 | |

**Total Receipts for the Period:  $3,388.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,852.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | NISSAN MOTOR ACCEPTANCT CORP<br>»» 005 | Secured Creditors | $500.00 | $0.00 | $500.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,489.53 | $0.00 | $7,489.53 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $17,778.25 | $16,899.30 | $878.95 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $7,608.07 | $0.00 | $7,608.07 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $17,269.67 | $0.00 | $17,269.67 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $18,274.64 | $0.00 | $18,274.64 |
| 6 | ZACHARY PERLICK ESQ<br>»» 006 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 18-11854-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,852.00 | Current Monthly Payment: | $242.00 |
| Paid to Claims: | $20,919.30 | Arrearages: | $242.00 |
| Paid to Trustee: | $1,932.70 | Total Plan Base: | $24,788.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.