Certificate Number: 00301-PAE-DE-039607642

Bankruptcy Case Number: 18-11854



00301-PAE-DE-039607642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 29, 2025</u>, at <u>4:57</u> o'clock <u>PM EDT</u>, <u>M SELLE DIALLO</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 29, 2025</u>          By:     <u>/s/Joan Souissi</u>

                                Name:   <u>Joan Souissi</u>

                                Title:   <u>Credit Counseling Supervisor</u>