United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11854-amc

Mamadou Selle Diallo  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Apr 30, 2025 | Form ID: 138OBJ | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mamadou Selle Diallo, 101 E. Washington Lane, Apr. M505, Jenkintown, PA 19046-3505 |
| 14076105 | + | Chase Bank USA, NA, c/o Michael J. Dougherty, Esquire, Weltment, Weinberg & Reis Co., 325 Chestnut St., Suite 501, Philadelphia, PA 19106-2605 |
| 14076106 | + | Citimortgage, Inc., 27555 Farmington Road, Farmington, MI 48334-3376 |
| 14076112 | | Nissan Motor Acceptance Corp., P.O. Box 0502, Carol Stream, IL 60132-0502 |
| 14986283 | | Nissan Motor Finance Corp, P.O. Box 660366, Dallas, TX 75266-0366 |
| 14085854 | + | WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIA, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14108767 | | Email/Text: mrdiscen@discover.com | May 01 2025 00:28:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14076108 | + | Email/Text: mrdiscen@discover.com | May 01 2025 00:28:00 | Discover Card, Dfs Services, LLC, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14076109 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:35:25 | East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14076110 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14076111 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:34:34 | LVNV Funding, Resurgent Capital Systems, PO Box 10587, Greenville, SC 29603-0587 |
| 14111857 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:36:13 | LVNV Funding, LLC its successors and assigns as, assignee of Chase Bank USA, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14111790 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:34:32 | LVNV Funding, LLC its successors and assigns as, assignee of CR Evergreen, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14076113 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:29:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14076115 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 01:35:44 | PRA Receivables Management, LLC, as Agent of Portfolio Recovery, PO Box 41067, Norfolk, VA 23541-1067 |

| 14076114 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | May 01 2025 00:36:02 | Portfolio Investments, LLC, c/o Recovery Management Systems, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131-1605 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14076107 | *+ | Citimortgage, Inc., 27555 Farmington Road, Farmington, MI 48334-3376 |
| 14199592 | * | Nissan Motor Acceptance Corp., POB 0502, Carol Stream, IL 60132-0502 |
| 14076116 | *+ | PRA Receivables Management, LLC, as Agent of Portfolio Recovery, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Mamadou Selle Diallo Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 103 − 97

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Mamadou Selle Diallo ) Case No. 18−11854−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 30, 2025

For The Court

Timothy B. McGrath
Clerk of Court